# U.S. District Court
## Middle District of Florida (Jacksonville)
### CIVIL DOCKET FOR CASE #: 3:20-cv-00346-BJD-MCR
### Internal Use Only

Giancaspro v. Novartis Pharmaceuticals Corporation
Assigned to: Judge Brian J. Davis
Referred to: Magistrate Judge Monte C. Richardson
Cause: 28:1332 Diversity-Product Liability

Date Filed: 04/06/2020
Jury Demand: Both
Nature of Suit: 367 Personal Injury: Health Care/Pharmaceutical Personal Injury Product Liability
Jurisdiction: Diversity

**Plaintiff**

**Jeffrey Giancaspro**　　represented by　**Raymond C. Silverman**
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, NY 11050
516-455-6500
Fax: 516-466-6665
Email: rsilverman@yourlawyer.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Francisco Albites**
Parker Waichman, LLP
27300 Riverview Center Blvd
Suite 103
Bonita Springs, FL 34134-4316
239/390-1000
Fax: 239/390-0055
Email: falbites@yourlawyer.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Novartis Pharmaceuticals Corporation**　　represented by　**Jacqueline A.R. Root**
Pennington, P.A.
2701 N. Rocky Point Drive
Tampa, FL 33607
813-639-9599
Fax: 813-639-1488
Email: jroot@penningtonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kathryn L. Hood**
Pennington, PA

Ste 200
215 S Monroe St
Tallahassee, FL 32301
850/222-3533
Fax: 850/222-2126
Email: khood@penningtonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Michael J. Thomas
Pennington, PA
Ste 200
215 S Monroe St
Tallahassee, FL 32301
850/222-3533
Fax: 850/222-2126
Email: mike@penningtonlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

### Andrew L. Reissaus
Hollingsworth, LLP
1350 l Street, NW
Washington, DC 20005
202-898-5855
Fax: 202-682-1639
Email: areissaus@hollingsworthllp.com

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

### Donald R. McMinn
Hollingsworth, LLP
1350 l Street, NW
Washington, DC 20005
202-898-5800
Fax: 202-682-1639
Email: dmcminn@hollingsworthllp.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

### Robert E. Johnston
Hollingsworth, LLP
1350 I Street, NW
Washington, DC 20005
202-898-5811
Fax: 202-682-1639
Email: rjohnston@hollingsworthllp.com

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/06/2020 | 1 | COMPLAINT against Novartis Pharmaceuticals Corporation with Jury Demand (Filing fee $ 400 receipt number 113A-16670425) filed by Jeffrey Giancaspro. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons)(Albites, Francisco) (Entered: 04/06/2020) |
| 04/06/2020 | 2 | NEW CASE ASSIGNED to Judge Brian J. Davis and Magistrate Judge Monte C. Richardson. New case number: 3:20-cv-346-J-39MCR. (SJB) (Entered: 04/06/2020) |
| 04/07/2020 | 3 | SUMMONS issued as to Novartis Pharmaceuticals Corporation. (AEJ) (Entered: 04/07/2020) |
| 04/15/2020 | 4 | **NOTICE of designation under Local Rule 3.05 - track 2. Signed by Deputy Clerk on 4/15/2020. (Attachments: # 1 Case Management Report Form, # 2 Consent Letter and Form)(CKS)** (Entered: 04/15/2020) |
| 04/29/2020 | 5 | ANSWER and affirmative defenses to 1 Complaint with Jury Demand by Novartis Pharmaceuticals Corporation.(Thomas, Michael) (Entered: 04/29/2020) |
| 04/29/2020 | 6 | CORPORATE Disclosure Statement by Novartis Pharmaceuticals Corporation identifying Corporate Parent Novartis Finance Corporation, a New York corporation, Corporate Parent Novartis Corporation, a New York corporation, Corporate Parent Novartis Holding, AG, a Swiss company, Corporate Parent Novartis AG, a Swiss Company, whose American Depository Shares are publicly traded on the New York Stock Exchange for Novartis Pharmaceuticals Corporation.. (Thomas, Michael) (Entered: 04/29/2020) |
| 05/22/2020 | 7 | CERTIFICATE of interested persons and corporate disclosure statement by Novartis Pharmaceuticals Corporation identifying Corporate Parent Novartis Finance Corporation, a New York corporation, Corporate Parent Novartis Corporation, a New York corporation, Corporate Parent Novartis Holding, AG, a Swiss company, Corporate Parent Novartis AG, a Swiss Company, whose American Depository Shares are publicly traded on the New York Stock Exchange for Novartis Pharmaceuticals Corporation.. (Thomas, Michael) (Entered: 05/22/2020) |
| 06/03/2020 | 8 | MOTION for Raymond C. Silverman to appear pro hac vice, Special Admission fee paid, Receipt No. 113A-16886928 for $150 by Jeffrey Giancaspro. (Albites, Francisco) Motions referred to Magistrate Judge Monte C. Richardson. (Entered: 06/03/2020) |
| 06/04/2020 | 9 | MOTION for Andrew L. Reissaus to appear pro hac vice, Special Admission fee paid, Receipt No. 113A-16891611 for $150 by Novartis Pharmaceuticals Corporation. (Attachments: # 1 Affidavit Special Admission Certificate)(Thomas, Michael) Motions referred to Magistrate Judge Monte C. |

|  |  |  |
|---|---|---|
|  |  | Richardson. (Entered: 06/04/2020) |
| 06/04/2020 | 10 | MOTION for Donald R. McMinn to appear pro hac vice, Special Admission fee paid, Receipt No. 113A-16891677 for $150 by Novartis Pharmaceuticals Corporation. (Attachments: # 1 Affidavit Special Admission Certificate)(Thomas, Michael) Motions referred to Magistrate Judge Monte C. Richardson. (Entered: 06/04/2020) |
| 06/04/2020 | 11 | MOTION for Robert E. Johnston to appear pro hac vice, Special Admission fee paid, Receipt No. 113A-16891696 for $150 by Novartis Pharmaceuticals Corporation. (Attachments: # 1 Affidavit Special Admission Certificate)(Thomas, Michael) Motions referred to Magistrate Judge Monte C. Richardson. (Entered: 06/04/2020) |
| 06/05/2020 | 12 | **ENDORSED ORDER granting 8 Motion to Appear Pro Hac Vice; granting 9 Motion to Appear Pro Hac Vice; granting 10 Motion to Appear Pro Hac Vice; granting 11 Motion to Appear Pro Hac Vice. If Attorneys Silverman, Reissaus, McMinn, and Johnston have not already done so, they shall immediately register for a login and password for electronic filing at the Court's website at www.flmd.uscourts.gov. Signed by Magistrate Judge Monte C. Richardson on 6/5/2020. (MM)** (Entered: 06/05/2020) |
| 06/08/2020 | 13 | CASE MANAGEMENT REPORT. (Attachments: # 1 Exhibit Confidentiality Agreement, # 2 Exhibit Proposed Order)(Albites, Francisco) (Entered: 06/08/2020) |